UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMPATH KRISHNAN )<br>2950 Thompson Park Lane )<br>Oakton, Virginia 22031 )<br>                                                   )<br>              Plaintiff,             )<br>         v.                            )<br>                                                   )<br>MARY PETERS, Secretary )<br>U.S. Department of Transportation, )<br>Washington, D.C.  20590 )<br>                                                   )<br>              Defendant.           ) | Case: 1: 08-cv-00471 (RMU)<br>Electronic Case Filing |

### NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK of the Court will please enter the appearance of Assistant United States Attorney **Charlotte A. Abel** as counsel of record for the defendant in the above-captioned civil action.

　　/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C.  20530
(202) 307-2332

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of May, 2008, a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

> SAMPATH KRISHNAN
> 2950 Thompson Park Lane
> Oakton, Virginia 22031

\_\_/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney