UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMPATH KRISHNAN )<br>2950 Thompson Park Lane )<br>Oakton, Virginia 22031 )<br>  )<br>Plaintiff, )<br>v. )<br>  )<br>  )<br>MARY PETERS, Secretary )<br>U.S. Department of Transportation, )<br>Washington, D.C. 20590 )<br>  )<br>Defendant. ) | Case: 1: 08-cv-00471 (RMU)<br>Electronic Case Filing |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff filed this employment discrimination lawsuit on March 19, 2008. He is an employee at the FAA who contends that he was discriminated against on the basis of race, age, national origin, color, and religion when he was not selected for two manager positions in 2004. Complaint ¶ 29. This action arises out of the settlement of a related case in 2001.

The United States Attorney received a copy of the complaint by certified mail on March 28, 2008, although the plaintiff did not address the envelope to the civil process clerk as required by Fed. R. Civ. P. 4(i)(A)(ii). Thus, defendant's answer is due on May 27, 2008. *See Clemmons v. U. S. Dept. of Justice*, No. CIV.A.06-305, 2007 WL 1020796, at *4 (D.D.C. March 30, 2007)(answer due sixty days after receipt of complaint.). Undersigned counsel has ascertained that the Attorney

General also received a copy of the complaint via certified mail on March 27, 2008.[1]

Defendant seeks an enlargement of time in which to answer or otherwise respond to the complaint. The grounds for the motion are that since this new case was assigned to undersigned counsel, due to trial preparation in another case, she has not had sufficient time to study the allegations in the complaint, to obtain a copy of the proceedings below, and to confer with agency counsel. Undersigned counsel does not have sufficient information at this time to respond to the allegations in the complaint. This is defendant's first request for extension of time in this litigation. Defense counsel left a telephone message for Mr. Krishnan in order to seek his consent to this motion in conformity with the Local Rules. Mr. Krishnan's position is unknown at this time.

WHEREFORE, Defendant moves for an enlargement of time, up to and including July 16, 2008, so that it may file an answer or otherwise respond to the allegations in the complaint. This length of time is requested in order to accommodate undersigned counsel's previously scheduled commitments, including writing an appellate brief and other motions, participating in fast-track discovery, and travel away from the office.

. A proposed Order consistent with this Motion is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

---

[1] Undersigned counsel does not waive any defenses which may be available to the defendant pursuant to Rule 12(b). It is undersigned counsel's express intent to preserve all defenses.

        /s/
RUDOLPH CONTRERAS, D.C. Bar #434610
Assistant United States Attorney

        /s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2008, a copy of the foregoing Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se at the following address:

Sampath Krishnan
2950 Thompson Park Lane
Fairfax, VA 22031

        /s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building, 10th Floor
555 4th Street, NW
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMPATH KRISHNAN ) <br> 2950 Thompson Park Lane ) <br> Oakton, Virginia 22031 ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MARY PETERS, Secretary ) <br> U.S. Department of Transportation, ) <br> Washington, D.C.  20590 ) <br> ) <br> Defendant. ) | Case: 1: 08-cv-00471 (RMU) <br> Electronic Case Filing |

**O R D E R**

Upon consideration of Defendant's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time is GRANTED;

It is FURTHER ORDERED: that defendant shall have up to and including July 16, 2008, to file an answer or otherwise respond to plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE