UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMPATH KRISHNAN ) <br> 2950 Thompson Park Lane ) <br> Oakton, Virginia 22031 ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MARY PETERS, Secretary ) <br> U.S. Department of Transportation, ) <br> Washington, D.C. 20590 ) <br> ) <br> Defendant. ) | Case: 1: 08-cv-00471 (RMU) <br> Electronic Case Filing |

**DEFENDANT'S CONSENT MOTION FOR A FURTHER ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff filed this employment discrimination lawsuit on March 19, 2008. He is an employee at the FAA who contends that he was discriminated against on the basis of race, age, national origin, color, and religion when he was not selected for two manager positions in 2004. Complaint ¶ 29. Plaintiff prosecuted a related action (CA 00-1009) which was settled in 2001. He recently moved, through counsel, to enforce the modified settlement agreement in that litigation.

Defendant's response to the complaint in the instant case is due on July 16, 2008, pursuant to court order of May 29, 2008. This is defendant's second request for an extension of time. Mr. Krishnan, *pro se*, states that he consents to this motion.

Defendant seeks an enlargement of time in which to answer or otherwise respond to the complaint. The grounds for the motion are that the parties are interested in resuming settlement negotiations in the hopes of reaching a global resolution of Mr. Krishnan's complaints. The parties

have agreed to engage in settlement discussions. Accordingly, the defendant believes it would be in the interests of judicial economy to postpone the filing of responsive pleading and instead focus defendant's energies on attempting to resolve these matters.

WHEREFORE, Defendant moves for an enlargement of time, up to and including September 16, 2008, so that it may file an answer or otherwise respond to the allegations in the complaint in the event the parties do not resolve the disputes.

. A proposed Order consistent with this Motion is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of July, 2008, a copy of the foregoing Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se at the following address:

Sampath Krishnan
2950 Thompson Park Lane
Fairfax, VA 22031

/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building, 10th Floor
555 4th Street, NW
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAMPATH KRISHNAN<br>2950 Thompson Park Lane<br>Oakton, Virginia 22031<br><br>        Plaintiff,<br>    v.<br><br><br>MARY PETERS, Secretary<br>U.S. Department of Transportation,<br>Washington, D.C.  20590<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1: 08-cv-00471 (RMU)<br>Electronic Case Filing |

**O R D E R**

Upon consideration of Defendant's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time is GRANTED;

It is FURTHER ORDERED: that defendant shall have up to and including September 16, 2008, to file an answer or otherwise respond to plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE